IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAWN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:10-cv-389 |
| | § | |
| MONARCH LAW OFFICES, P.C., | § | |
| and MICHAEL B. BENNETT, ESQ., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and upon motion by Plaintiff and good cause appearing, the court hereby **GRANTS** default judgment against Defendants, Monarch Law Offices, P.C., and Michael B. Bennet, Esq., pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.*, the Texas Debt Collection Practices Act, TEX. FIN. CODE ANN. §§ 392.001–392.404, and the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE ANN. §§ 17.41–17.826. The court finds that Plaintiff shall be awarded damages in the amount of six thousand two hundred twenty-two dollars and forty-five cents ($6,222.45), representing one thousand dollars ($1,000.00) in damages payable to Plaintiff, plus four thousand five hundred eighty-seven dollars and fifty cents ($4,587.50) in attorneys' fees, and six hundred thirty-four dollars and ninety-five cents ($634.95) for court costs.

IT IS SO ORDERED.

**SIGNED this the 17th day of February, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE